IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THADDIUS INTRAVAIA and STEVEN MARVIK, individually and as representatives of a class of similarly situation persons, and on behalf of the 401(k) Pension Plan,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION and the INSURANCE AND FINANCIAL SERVICES COMMITTEE,<br><br>　　　Defendants. | Civil Case No. 1:19-cv-00973-LO-IDD |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Pursuant to Local Rule 83.1(G), at the request of Defendants National Rural Electric Cooperative Association and the Insurance and Financial Services Committee, Jessica Merry Samuels hereby moves for an order withdrawing her appearance in this matter and withdrawing the law firm of Covington & Burling LLP as counsel for Defendants in the above-captioned matter. Defendants have retained Mark Bieter and Michael Junk of Groom Law Group to represent their interests in this matter. Mr. Junk is admitted to practice in this Court under Local Rule 83.1(C) and has entered an appearance here. Attorneys at Covington & Burling LLP have discussed this motion with Defendants reasonably in advance of filing, and Defendants have requested that the withdrawal be granted.

WHEREFORE, Ms. Samuels requests that this motion be granted, and that her appearance and the association of Covington & Burling LLP as counsel for Defendants in this matter be withdrawn.

August 20, 2019                                              Respectfully Submitted:

                                                                                        /s/ Jessica Merry Samuels
Jessica Merry Samuels (VA Bar No. 89537)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001
Tel.: (202) 662-6000
Fax: (202) 778-5240
ebosset@cov.com
jsamuels@cov.com

*Attorneys for Defendants*
*National Rural Electric Cooperative Association and Insurance and Financial Services Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to Plaintiffs' counsel Mr. Greenberg and Defendants' counsel Mr. Junk at the addresses below, and will forward a courtesy copy to Plaintiffs' co-counsel at Nichols Kaster at their email addresses below:

| | |
|---|---|
| Gregg C. Greenberg | Kai H. Richter |
| ZIPIN, AMSTER, & GREENBERG | Paul J. Lukas |
| 8757 Georgia Ave., Ste. 400 | Carl F. Engstrom |
| Silver Spring, MD 20910 | Brandon T. McConough |
| Telephone: (301) 587-9373 | Chloe A. O'Neill |
| Facsimile: (240) 839-9142 | NICHOLS KASTER, PLLP |
| ggreenberg@zagfirm.com | 4600 IDS Center |
| | 80 S 8th Street |
| Michael Lee Junk | Minneapolis, MN 55402 |
| GROOM LAW GROUP | Telephone: (612) 256-3200 |
| 1701 Pennsylvania Ave NW | Facsimile: (612) 338-4878 |
| Suite 1200 | krichter@nka.com |
| Washington, DC 20036 | lukas@nka.com |
| Tel: (202) 861-5430 | bmcdonough@nka.com |
| Fax: (202) 659-4503 | cengstrom@nka.com |
| mjunk@groom.com | coneill@nka.com |

By:    /s/ Jessica Merry Samuels
Jessica Merry Samuels (VA Bar No. 89537)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
Tel.: (202) 662-6000
Fax: (202) 778-5240
Email: jsamuels@cov.com

*Attorney for Defendants*
*National Rural Electric Cooperative Association and*
*Insurance and Financial Services Committee*