IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:19-cv-973 , Case Name  Intravaia v. National Rural Elec. Coop. Ass'n
Party Represented by Applicant: Defendants

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Edward Joseph Meehan
Bar Identification Number 413993          State DC
Firm Name Groom Law Group, Chartered
Firm Phone # 202-857-0620          Direct Dial # 202-861-2602          FAX # 202-659-4503
E-Mail Address emeehan@groom.com
Office Mailing Address 1701 Pennsylvania Ave., NW, Suite 1200, Washington, DC 20006

Name(s) of federal court(s) in which I have been admitted - please see attached list

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Edward J. Meehan
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Sarah M. Adams                    6/15/20
(Signature)                           (Date)
Sarah M. Adams                        66101
(Typed or Printed Name)               (VA Bar Number)

Court Use Only:          SPH
Clerk's Fee Paid  ✓ ____ or Exemption Granted _____

The motion for admission is GRANTED  ✓  or DENIED _____

/s/                                    6/18/20
[Liam O'Grady]
(Judge's Signature)                   (Date)
United States District Judge

Ed J. Meehan
Additional Bar Admissions

| Court | Date Admitted |
|---|---|
| U.S. Federal Claims Court | 5/30/1985 |
| U.S. Court of Appeals, D.C. Circuit | 7/18/1989 |
| U.S. Court of Appeals, First Circuit | 3/21/2002 |
| U.S. Court of Appeals, Second Circuit | 6/9/2017 |
| U.S. Court of Appeals, Fourth Circuit | 5/18/1998 |
| U.S. District Court, District of Columbia | 6/5/1989 |
| U.S. District Court, District of Maryland | 3/18/1988 |
| U.S. District Court, Eastern District of Michigan | 1/14/2020 |