UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Thaddius Intravaia, *et al.*,<br><br>                  Plaintiffs,<br><br>   v.<br><br>National Rural Electric Cooperative Association, *et al.*,<br><br>                  Defendants. | Case No. 1:19-cv-00973-LO-IDD |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Thaddius Intravaia and Steven Marvik will and hereby do move this Court for an Order: (1) certifying the proposed Settlement Class; (2) preliminarily approving the Settlement; (3) approving the proposed Settlement Notices; (4) scheduling a final approval hearing; and (5) granting such other relief as set forth in the accompanying Proposed Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e), and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Brock Specht and exhibits thereto, the Declarations of Thaddius Intravaia and Steven Marvik and exhibits thereto, the Parties' Settlement Agreement, and all files, records, and proceedings in this matter. Defendants do not oppose the motion as parties to the Settlement agreement.

1

                                                Respectfully Submitted,

Dated: July 31, 2020                  /s/ Gregg C. Greenberg
                                          Gregg C. Greenberg, VA Bar No. 79610
                                          **ZIPIN, AMSTER, & GREENBERG**.
                                          8757 Georgia Ave., Ste. 400
                                          Silver Spring, MD 20910
                                          ggreenberg@zagfirm.com
                                          Telephone: (301) 587-9373
                                          Facsimile: (240) 839-9142

                                          *- and -*

                                          Kai H. Richter, MN Bar No. 0296545*
                                          Paul J. Lukas, MN Bar No. 22084X*
                                          Brock J. Specht, MN Bar No. 0388343*
                                          Jennifer K. Lee, MN Bar No. 0399012*
                                          Theophillus Smith, MN Bar No. 0401091*
                                          **NICHOLS KASTER, PLLP**
                                          *Admitted pro hac vice*
                                          4600 IDS Center
                                          80 S 8th Street
                                          Minneapolis, MN 55402
                                          Telephone: 612-256-3200
                                          Facsimile: 612-338-4878
                                          krichter@nka.com
                                          lukas@nka.com
                                          bspecht@nka.com
                                          jlee@nka.com
                                          tsmith@nka.com

                                          ***COUNSEL FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on July 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

                                                 /s/ Gregg C. Greenberg
                                                 Gregg C. Greenberg