IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Thaddius Intravaia, *et al.*,<br><br>                  Plaintiffs,<br><br>  v.<br><br>National Rural Electric Cooperative Association, *et al.*,<br><br>                  Defendants. | Case No. 1:19-cv-00973-LO-IDD |

**PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS**

PLEASE TAKE NOTICE that Plaintiffs Thaddius Intravaia and Steven Marvik (collectively "Plaintiffs") will and hereby do move this Court for an Order awarding: (1) attorneys' fees in the amount of $3,333,333.33 (one-third of the Gross Settlement Fund) to Class Counsel; (2) reimbursement of $294,087.10 in expenses that Class Counsel incurred in connection with this action; (3) settlement administration expenses in the amount of $183,640.00; and (4) service awards in the amount of $10,000 to each of the named Plaintiffs ($20,000 total).

**This motion is scheduled to be heard at the time of the Fairness Hearing on December 17, 2020 at 10:00 a.m. in the Alexandria Courtroom 1000 of the Albert V. Bryan U. S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314**. This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Article 8 of the Parties' Class Action Settlement Agreement (ECF No. 99-2), and is based the accompanying Memorandum of Law and authorities cited therein; the Declarations of Brock J. Specht, and Gregg C. Greenberg; the declarations previously submitted by the Class Representatives (ECF Nos. 95-05, 95-06); the Parties' Class

1

Action Settlement Agreement; the Court's Preliminary Approval Order (ECF No. 97); and all files, records and proceedings in this matter.

Defendants take no position on this motion as parties to the Settlement.

Respectfully Submitted,

Dated: October 20, 2020　　　　　　　　　/s/ Gregg C. Greenberg
Gregg C. Greenberg, VA Bar No. 79610
**ZIPIN, AMSTER, & GREENBERG**.
8757 Georgia Ave., Ste. 400
Silver Spring, MD 20910
ggreenberg@zagfirm.com
Telephone: (301) 587-9373
Facsimile: (240) 839-9142

*- and -*

Kai H. Richter, MN Bar No. 0296545*
Paul J. Lukas, MN Bar No. 22084X*
Brock J. Specht, MN Bar No. 0388343*
Jennifer K. Lee, MN Bar No. 0399012*
Theophillus Smith, MN Bar No. 0401091*
**NICHOLS KASTER, PLLP**
*\*Admitted pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
lukas@nka.com
bspecht@nka.com
jlee@nka.com
tsmith@nka.com

***COUNSEL FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on October 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

                                       /s/ Gregg C. Greenberg
                                       Gregg C. Greenberg