## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| Thaddius Intravaia, *et al*., <br><br>                    Plaintiffs, <br><br>     v. <br><br> National Rural Electric Cooperative Association, *et al*., <br><br>                   Defendants. | Case No. 1:19-cv-00973-LO-IDD |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs Thaddius Intravaia and Steven Marvik (collectively "Plaintiffs") will and hereby do move this Court for an Order granting final approval of the Parties' proposed Class Action Settlement Agreement ("Settlement Agreement"). Pursuant to the Court's order, t**his motion is scheduled to be heard at the time of the Fairness Hearing on December 17, 2020 at 10:00 a.m. in the Alexandria  Courtroom 1000 of the Albert V. Bryan U. S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314**. *See ECF No. 97 ¶ 2.*

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Article 4 of the Parties' Class Action Settlement Agreement *(ECF No. 99-2)*, and is based the accompanying Memorandum of Law and authorities cited therein; the Declarations of Brock J. Specht, and Jeff Mitchell and exhibits attached thereto; the Parties' Class Action Settlement Agreement; the Court's Preliminary Approval Order (*ECF No. 97*); and all files, records and proceedings in this

matter. A proposed Final Approval Order is being submitted in connection with this motion, and is also included as an exhibit to the Settlement Agreement. *See ECF No. 95-2 at p. 67.*

Defendants take no position on this motion as parties to the Settlement.

Respectfully Submitted,

Dated: December 3, 2020

/s/ Gregg C. Greenberg
Gregg C. Greenberg, VA Bar No. 79610
**ZIPIN, AMSTER, & GREENBERG**.
8757 Georgia Ave., Ste. 400
Silver Spring, MD 20910
ggreenberg@zagfirm.com
Telephone: (301) 587-9373
Facsimile: (240) 839-9142

*- and -*

Kai H. Richter, MN Bar No. 0296545*
Paul J. Lukas, MN Bar No. 22084X*
Brock J. Specht, MN Bar No. 0388343*
Jennifer K. Lee, MN Bar No. 0399012*
Theophillus Smith, MN Bar No. 0401091*
**NICHOLS KASTER, PLLP**
*Admitted pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
lukas@nka.com
bspecht@nka.com
jlee@nka.com
tsmith@nka.com

***COUNSEL FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that, on December 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

/s/ Gregg C. Greenberg
Gregg C. Greenberg