UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Thaddius Intravaia, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>National Rural Electric Cooperative Association, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:19-cv-00973-LO-IDD |

## NOTICE OF HEARING DATE

PLEASE TAKE NOTICE that pursuant to Local Rule 7(E) Plaintiffs Thaddius Intravaia and Steven Marvik hereby submit this Notice of Hearing Date for Plaintiffs' Motion for Final Approval Class Action Settlement. Pursuant to this Court's Order Granting Preliminary Approval (ECF No. 97), the hearing is set for December 17, 2020 at 10:00am in Courtroom 1000 of the Albert V. Bryan U.S Courthouse, 401 Courthouse Square, Alexandria, VA 22314.

Dated: December 3, 2020　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Gregg C. Greenberg

　　　　　　　　　　　　　　　　　　　Gregg C. Greenberg, VA Bar No. 79610
　　　　　　　　　　　　　　　　　　　**ZIPIN, AMSTER, & GREENBERG**.
　　　　　　　　　　　　　　　　　　　8757 Georgia Ave., Ste. 400
　　　　　　　　　　　　　　　　　　　Silver Spring, MD 20910
　　　　　　　　　　　　　　　　　　　ggreenberg@zagfirm.com
　　　　　　　　　　　　　　　　　　　Telephone: (301) 587-9373
　　　　　　　　　　　　　　　　　　　Facsimile: (240) 839-9142


　　　　　　　　　　　　　　　　　　　*- and -*

1

        Kai H. Richter, MN Bar No. 0296545*
        Paul J. Lukas, MN Bar No. 22084X*
        Brock J. Specht, MN Bar No. 0388343*
        Jennifer K. Lee, MN Bar No. 0399012*
        Theophillus Smith, MN Bar No. 0401091*
**NICHOLS KASTER, PLLP**
*Admitted pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
lukas@nka.com
bspecht@nka.com
jlee@nka.com
tsmith@nka.com

***COUNSEL FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

                                            /s/ Gregg C. Greenberg
                                            Gregg C. Greenberg